FILED - USDC -NH
2022 FEB 7 PM 4:12

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JOHN DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHOLIC MEDICAL CENTER, and<br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendants. | Case No. 18-CV-530-PB<br><br>FILED UNDER SEAL – LEVEL 2 |

**UNITED STATES' NOTICE OF PARTIAL ELECTION TO
INTERVENE AGAINST CATHOLIC MEDICAL CENTER**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its election to intervene for settlement purposes in part of this action and to decline to intervene in part of this action. The United States intervenes in that part of the action against defendant Catholic Medical Center ("CMC") which alleges that CMC violated the False Claims Act by providing illegal remuneration to a cardiologist in the form of free call coverage services. The United States declines to intervene in all other allegations in the action asserted against CMC and in all allegations against Boston Scientific Corporation.

Respectfully submitted,

JOHN J. FARLEY
United States Attorney

By: /s/ Raphael Katz
Raphael Katz
Assistant U.S. Attorney
NY Bar No. 4371688
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
raphael.katz@usdoj.gov

Dated: February 7, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2022, I have served a copy of the foregoing Notice of Partial Election to Intervene upon the Relator's counsel by first class, postage prepaid mail to:

> Charles G. Douglas III, Esq.
> Jared J. Bedrick, Esq.
> Douglas, Leonard & Garvey, P.C.
> 14 South Street, Suite 5
> Concord, NH 03301

Dated: February 7, 2022

/s/ Raphael Katz
Raphael Katz, AUSA